ATTORNEY GRIEVANCE                  *       IN THE
COMMISSION OF MARYLAND                      COURT OF APPEALS
                                    *       OF MARYLAND
    Petitioner,
                                    *       Misc. Docket AG No. 91
v.
                                    *       September Term, 2016
ALEX JONATHAN BROWN
                                    *
    Respondent.

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent

filed by the Attorney Grievance Commission of Maryland and Respondent, Alex Jonathan

Brown. The Court, having considered the Petition and the record herein, it is this 27th

day of _____September_____, 2017,

ORDERED, that Respondent, Alex Jonathan Brown, be and he is hereby

REPRIMANDED for violating Rule 8.4(d) of the Maryland Lawyers' Rules of

Professional Conduct.


          /s/ Clayton Greene Jr.
          Senior Judge


14597/0/02487180.DOCXv1